WILLIAM R. TAMAYO (CA. State Bar No. 084965)
JONATHAN T. PECK (VA. State Bar No. 12303)
SANYA HILL MAXION (WA. State Bar No. 18739)
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, California 94105
Telephone: (415) 625-5650
Facsimile : (415) 625-5657
Sanya.Hill@eeoc.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

C 07 4086 PVT

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JOHN H. LIM, dba<br>DRAIN DOCTOR<br><br>　　　　Defendant. | CIVIL ACTION NO.<br><br>**COMPLAINT**<br><br>Civil Rights - Employment Discrimination<br><br>JURY TRIAL DEMAND |

### NATURE OF THE ACTION

This action is brought pursuant to Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of sex, female, and to provide appropriate relief to Maryanne Miranda, who was adversely affected by such practices. Defendant John Lim, dba Drain Doctor, subjected Ms. Miranda to unlawful sex discrimination when it fired her from her position because of her pregnancy.

### JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343, and 1345. This action is authorized and instituted to Section 706 (f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended ("Title VII"), 42 U.S.C. §2000e-5(f)(1) and (3);

COMPLAINT　　　　　　　　　　　　　　1

Section 102 of the Civil Rights Act of 1991, 42 U.S.C. §1981(a); and the Pregnancy Discrimination Act of 1978, 42 U.S.C. §2000e(k).

2. The unlawful employment practices alleged herein were committed in the County of Santa Clara, in the State of California. Venue is therefore proper in the United States District Court, Northern District of California.

## INTRA-DISTRICT ASSIGNMENT

3. This action is appropriate for assignment to San Jose as the unlawful employment practices alleged herein were committed in Santa Clara County.

## PARTIES

4. Plaintiff, the Equal Employment Opportunity Commission ("Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706 (f)(1) and (3) of Title VII, 42 U.S.C. §2000e-5(f)(1) and (3).

5. At all relevant times, Defendant John H. Lim dba Drain Doctor, has continuously had at least 15 employees.

6. At all relevant times, Defendant John H. Lim dba Drain Doctor ("Defendant") engaged in an industry affecting commerce within the meaning of Section 701(b) (g) and (h) of Title VII, 42 U.S.C. §2000e(b), (g) and (h).

## STATEMENT OF CLAIMS

7. More than thirty (30) days prior to the institution of this lawsuit, Maryanne Miranda ("Charging Party") filed a charge of discrimination with the Commission alleging violations of Title VII by Defendant. All conditions precedent to the institution of this lawsuit have been fulfilled.

8. Since at least May 7, 2005, Defendant engaged in unlawful employment practices in violation of Section 703 (a)(1) of Title VII, 42 U.S.C. §2000e-2(a)(1) by discriminating against Charging Party because of her sex (pregnant female). On or about May 12, 2005, Defendant unlawfully fired Charging Party from her position as dispatcher on the basis of her gender, female (pregnancy).

9. The effect of the action complained of above has been to deprive Charging Party of equal employment opportunities and otherwise adversely affect her employment status because of her gender.

10. The unlawful employment practices complained of above were and are intentional.

11. The unlawful employment practices complained of above were done with malice and/or reckless indifference to the federally protected rights of Charging Party.

## **PRAYER FOR RELIEF**

Wherefore, the Commission respectfully request that this Court:

A. Grant a permanent injunction enjoining Defendant, its officers, successors, assigns, and all persons in active concert or participation with it, from engaging in any employment practice which discriminates on the basis of gender.

B. Order Defendant to institute and carry out policies, practices, and programs which provide equal employment opportunities for its female employees and which eradicates the effect of its past and present unlawful employment practices.

C. Order Defendant to make whole Charging Party by providing compensation for past and future pecuniary losses resulting from the unlawful discrimination described above, including but not limited to, back pay, prejudgment interest, medical expenses, reinstatement and/or front pay, in amounts to be determined at trial.

D. Order Defendant to make whole Charging Party by providing compensation for past and future non-pecuniary losses resulting from the unlawful discrimination described above, including but not limited to pain and suffering, emotional distress, loss of enjoyment of life, loss of self-esteem and humiliation, in amounts to be determined at trial.

E. Order Defendant to pay Charging Party punitive damages for its malicious and reckless conduct described above, in amounts to be determined at trial.

F. Grant such further relief as the Court deems necessary and proper.

G. Award the Commission its costs in this action.

////

## JURY TRIAL DEMAND

Pursuant to the provisions of Federal Rule of Civil Procedure 38(b), Plaintiff hereby demands a jury trial.

RONALD S. COOPER
General Counsel

JAMES L. LEE
Deputy General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
1801 L. Street, N.W.
Washington, D.C. 20507

DATE: Aug. 7, 2007

_____
WILLIAM R. TAMAYO
Regional Attorney

DATE: Aug 7, 2007

_____
JONATHAN T. PECK
Supervisory Trial Attorney

DATE: Aug 7, 2007

_____
SANYA HILL MAXION
Senior Trial Attorney

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, California 94105-1260