1 | Rona P. Layton (SBN: 121238)
SIMS & LAYTON
2 | 84 W. Santa Clara St., #660
San Jose, CA 95113
3 | (408) 998-3400

4 | Attorneys for Defendants

5

6

7

8

UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

11

12 | EQUAL EMPLOYMENT OPPORTUNITY          CASE NO. 07-CV-4086 PVT
COMMISSION,
13 |                                       ANSWER OF DEFENDANT JOHN H. LIM,
              Plaintiff,                   DBA DRAIN DOCTOR TO COMPLAINT
14

15 | v.

16 | JOHN H. LIM, DBA DRAIN DOCTOR,

17 |           Defendant.

18

19

20 |        Defendant John H. Lim, dba Drain Doctor, answers the complaint as follows:

21 | 1.    Defendant admits the allegations and statements of Paragraphs 1 through 7 of the Complaint.

22 | 2.    Defendant denies all of the allegations of Paragraph 8 of the Complaint.

23 | 3.    Defendant denies the allegations of Paragraph 9 of the Complaint.

24 | 4.    Answering the allegations of Paragraph 10 of the Complaint, Defendant denies that any

unlawful employment practices occurred.

25

26 | 6.    Answering the allegations of Paragraph 11 of the Complaint, Defendant denies that any

unlawful employment practices occurred, and further denies that any conduct directed toward
27

Charging Party were done with malice and/or reckless indifference to her federally protected
28

Defendant's Answer- C074086 PVT                    1

1     right.

2                              **Affirmative Defenses**

3         AS AND FOR A FIRST AFFIRMATIVE DEFENSE TO THE COMPLAINT ON FILE

4 HEREIN, Defendant  allege that the Complaint fails to state a claim against Defendant upon which

5 relief can be granted.

6         AS AND FOR A SECOND AFFIRMATIVE DEFENSE TO THE COMPLAINT ON FILE

7 HEREIN, Defendant  allege that the Complaint fails to state facts sufficient to support a claim for

8 punitive damages against this answering defendant.

9         AS AND FOR A THIRD AFFIRMATIVE DEFENSE TO THE COMPLAINT ON FILE

10 HEREIN, Defendant alleges that Plaintiff is estopped from alleging the matters set forth in the

11 Complaint.

12         AS AND FOR A FOURTH AFFIRMATIVE DEFENSE TO THE COMPLAINT ON FILE

13 HEREIN, Defendant alleges that all employment decisions made by Defendant which affected

14 Charging Party were made without malice, in good faith and for legitimate business reasons.

15         AS AND FOR A FIFTH AFFIRMATIVE DEFENSE TO THE COMPLAINT ON FILE

16 HEREIN, Defendant alleges that Charging Party has failed to substantially perform the obligations

17 imposed upon her in any employment relationship.

18         AS AND FOR A SIXTH AFFIRMATIVE DEFENSE TO THE COMPLAINT ON FILE

19 HEREIN, Defendant alleges that any recovery on Plaintiff's Complaint is barred in whole or in part

20 by Charging Party's failure to avoid and/or mitigate damages, if any

21         AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE TO THE COMPLAINT ON FILE

22 HEREIN, Defendant presently has insufficient knowledge or information on which to form a belief

23 as to whether he may have additional, as yet unstated, defenses available.  Defendant reserves herein

24 the right to assert additional defenses in the event discovery indicates that they would be appropriate.

25         WHEREFORE, Defendant John H. Lim dba Drain Doctor, prays that Plaintiff take nothing

26 by reason of its Complaint herein and that Defendant be awarded his costs of suit incurred herein,

27 attorney's fees and such other and further relief as the Court deems just and proper.

28

Defendant's Answer- C074086 PVT              2

1                                    SIMS & LAYTON

2

Dated: _____   By: _____

3                                      RONA P. LAYTON, Attorneys for
Defendant JOHN H. LIM DBA DRAIN

4                                      DOCTOR

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Defendant's Answer- C074086 PVT            3