```
WILLIAM R. TAMAYO -#084964 (CA)
JONATHAN T. PECK - #12303 (VA)
SANYA HILL MAXION - #18739 (WA)
350 The Embarcadero, Suite 500
San Francisco District Office
San Francisco, California 94105-4000
Telephone: (415) 625-5650
Facsimile: (415) 625-5657
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>      Plaintiff(s),<br><br>vs.<br><br>JOHN LIM, d/b/a DRAIN DOCTOR PLUMBING,<br><br>      Defendant(s). | Case No.: C-07-04086 PVT<br><br>ADR CERTIFICATION BY PARTIES AND COUNSEL |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that her or she has:

**(1)** Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" on the Court's ADR Internet site www.adr.cand.uscourt.gov(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);

**(2)** Discussed the available dispute resolution options Provided by the Court and private entities; and

0 - 1

    **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

```
                                    Sanya P. Hill Maxion
Dated:   ___October 23, 2007    _/s/_____
                                    Attorney for Plaintiff


                                    Rona P. Layton
Dated:   ___October 23, 2007_   _/s/_____
                                    Attorney for Defendant
```