1  WILLIAM R. TAMAYO -#084964 (CA)
   JONATHAN T. PECK - #12303 (VA)
2  SANYA HILL MAXION - #18739 (WA)
   350 The Embarcadero, Suite 500
3  San Francisco District Office
   San Francisco, California 94105-4000
   Telephone: (415) 625-5650
4  Facsimile: (415) 625-5657

5                  UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
6

7

8  EQUAL EMPLOYMENT OPPORTUNITY        ) Case No.: C-07-04086 PVT
   COMMISSION,                         )
9                                      ) NOTICE OF NEED FOR ADR PHONE
           Plaintiff(s),               ) CONFERENCE
10                                     )
        vs.                            )
11 JOHN LIM, d/b/a DRAIN DOCTOR        )
   PLUMBING,                           )
12                                     )
           Defendant(s).               )
13                                     )
                                       )
14 _____    )

15     Counsel report that they have met and conferred regarding

16 ADR and would like an ADR Phone Conference pursuant to ADR Local

17 Rule 3-5(d)

18

19

20
           10/23/07              Sanya P. Hill Maxion
21  Dated: _____           /s/_____
                                 Attorney for Plaintiff
22
           10/23/07              Rona P. Layton
23
    Dated: _____           /s/_____
24                               Attorney for Defendant

25

                              0 - 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25