1  Rona P. Layton (SBN: 121238)
   SIMS & LAYTON
2  84 W. Santa Clara St., #660
   San Jose, CA 95113
3  (408) 998-3400

4  Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN H. LIM, DBA DRAIN DOCTOR,<br><br>    Defendant. | CASE NO. C-07-04086 PVT<br><br>CERTIFICATION OF INTERESTED ENTITIES OR PERSONS BY DEFENDANT JOHN H. LIM |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named party, there is no such interest to report.

SIMS & LAYTON

Dated: _____    By: _____
                                          RONA P. LAYTON
                                          Attorneys for Defendant

Defendant's Certification.-C-07-04086           1