Rona P. Layton (SBN: 121238)
SIMS & LAYTON
84 W. Santa Clara St., #660
San Jose, CA 95113
(408) 998-3400

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JOHN H. LIM, DBA DRAIN DOCTOR,<br><br>Defendant. | CASE NO. 07-CV-4086 PVT<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING DATE FOR CASE MANAGEMENT CONFERENCE |

Defendant John Lim, through his attorney of record, Rona P. Layton, and Plaintiff Equal Employment Opportunity Commission, through its attorney of record, Sanya P. Hill Maxion, present the following stipulation to the Court for approval and issuance of an Order continuing the Case Management Conference in this matter to November 27, 2007:

STIPULATION

It is hereby stipulated by and between the above referenced parties that the Case Management Conference, currently set for November 13, 2007 in the above entitled case be continued until November 27, 2007, at 2:00 p.m. because of a conflict in Defendant's counsel's schedule, i.e., she is also scheduled to be in Department 8 of Superior Court in Case No. 107 CV 089246 at 1:30 p.m. on Nov. 13. Because of difficulties in reaching the plaintiff's counsel in that matter, Defendant's

1    counsel is unable to change the date for that conference.

2    Dated: 11/06/07 _____          /s/ _____
                                                      Rona P. Layton, Attorney for
3                                                     Defendant John Lim

4
     Dated:  11/06/07 _____            ___/s/ _____
5                                                Sanya P. Hill Maxion, Attorney for Plaintiff
                                                 Equal Employment Opportunity Commission
6

7                                  **ORDER**

8         GOOD CAUSE APPEARING THEREFOR, the Court hereby orders that the Case

9    Management Conference in this matter be continued to November 27, 2007 at 2:00 p.m.

10   Dated: _____     By: _____
                                                 Patricia v. Trumbull
11                                               United States Chief Maginstrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order - C074086 PVT          2