### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

### CIVIL MINUTE ORDER

### MAGISTRATE JUDGE PATRICIA V. TRUMBULL

Date: 11/27/07

COURT REPORTER:FTR                    Clerk: Corinne Lew

Case No:C 07-4086  PVT              Case Title: EEOC  vs.  JOHN H. LIM

| Appearances for Plaintiff(s) | Appearances for Defendants(s) |
|---|---|
| Sanya Hill Maxion | Rona Layton |

### PROCEEDINGS

Pretrial Conferences:    [ ] Initial          [ ] Status        [ ] Discovery

                      [ ] Settlement   [ ] Final         [ ] Motion

                      [ ] Other          [ X] Case Mangement Conference

| Pltf. | Deft. | MOTIONS | |
|---|---|---|---|
| [ ] | [ ] | 1. | |
| [ ] | [ ] | 2. | |
| [ ] | [ ] | 3. | |
| [ ] | [ ] | 4. | |

### DISPOSITION

[ ] Granted            [ ] Submitted          [ ] Settled

[ ] Denied             [ ] Briefs to be filed          [ ] Not Settled

[ ] Granted in part, denied in part                [ ] Off Calendar

Briefing Schedule:    Opening                    Answer
                      Reply

[X ] Parties are referred to Mediation.  Jury Trial set for 12/8/08 at 9:30 a.m.  Pretrial Conference set for 11/18/08 at 2:00 p.m.

### ORDER TO BE PREPARED BY

[ ] Plaintiff        [ ] Defendant            [ X ] Court            [ ] Court w/opinion