UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>                Plaintiff,<br><br>   v.<br><br>JOHN LIM d/b/a DRAIN DOCTOR PLUMBING,<br><br>                Defendant. | Case No.: C 07-4086 PVT<br><br>**CASE MANAGEMENT CONFERENCE ORDER** |

      On November 27, 2007, the parties appeared before Magistrate Judge Patricia V. Trumbull for a Case Management Conference. Based on the parties' Joint Case Management Statement, and the discussions held at the Case Management Conference,

      IT IS HEREBY ORDERED that the court adopts the parties' statement of disputed factual and legal issues as set forth in the Case Management Conference Statement.

      IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is sixty days after entry of this order.

      IT IS FURTHER ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure apply to this case.

      IT IS FURTHER ORDERED that the parties shall promptly contact the court's ADR

department to reschedule their ADR phone conference.[1]

IT IS FURTHER ORDERED that the following schedule shall apply to this case:

Fact Discovery Cutoff. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7/11/08

Designation of Experts with Reports. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7/18/08

Designation of Rebuttal Experts with Reports.. . . . . . . . . . . . . . . . . . . . . . . . . 8/1/08

Expert Discovery Cutoff. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8/11/08

Deadline(s) for Filing Discovery Motions. . . . . . . . . . . . . . . . . . *See* Civil Local Rule 26-2

Last Day for Dispositive Motion Hearing[2] . . . . . . . . . . . . . . . . . . . 10:00 a.m. on 9/16/08

Final Pretrial Conference. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2:00 p.m. on 11/18/08

Trial . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9:30 a.m. on 12/08/08

IT IS HEREBY ORDERED that the parties shall comply with the Standing Order for Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Patricia V. Trumbull (rev. 1/5/06), a copy of which is available from the clerk of the court,[3] with regard to the timing and content of the Joint Pretrial Statement, and all other pretrial submissions.

Dated: *11/30/07*

PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] At the Case Management Conference the parties indicated that they were likely to elect court sponsored mediation, but they indicated they wished to have an ADR phone conference.

[2] This is the last date for *hearing* dispositive motions. Any such motions must be noticed in compliance with Civil Local Rule 7-2(a).

[3] A copy of Judge Trumbull's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Trumbull's name, then on the "Magistrate Judge Trumbull's Standing Orders" link, and finally on the bullet for "Mag Judge Trumbull's General Order for all purposes (01/5/06)."