**United States District Court**
**Northern District of California**

| | |
|---|---|
| Equal Employment Opportunity Commission | No. C 07-04086 PVT MED |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| John H. Lim dba Drain Doctor | |
| Defendant(s). | |

*Instructions: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a Mediation on <u>March 4, 2008.</u>
2. Did the case settle?    No.
3. If the case did not settle fully, is any follow-up contemplated?   Yes,
   another session scheduled for
   x  phone discussions expected by <u>within 60 days.</u>
   no

**4.    IS THIS ADR PROCESS COMPLETED?    No.**

Dated:    <u>March 4, 2008</u>        /s/
**Mediator**, **Nancy J. Foster**
Northern California Mediation Center
175 No. Redwood Dr., Suite 295
San Rafael, CA 94903

**Certification of ADR Session**
07-04086 PVT MED