WILLIAM R. TAMAYO -#084964 (CA)
JONATHAN T. PECK - #12303 (VA)
SANYA HILL MAXION - #18739 (WA)
350 The Embarcadero, Suite 500
San Francisco District Office
San Francisco, California 94105-4000
Telephone: (415) 625-5650
Facsimile: (415) 625-5657

RONA P. LAYTON-# 121238 (CA)
SIMS & LAYTON
84 W. Santa Clara Street, #660
San Jose, CA  95113
Telephone:  (408) 998-3400
Facsimile:  (408) 297-1104

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br>           Plaintiff(s), <br><br>      vs. <br><br> JOHN LIM, d/b/a DRAIN DOCTOR PLUMBING, <br><br>           Defendant. | Case No.: C-07-04086-PVT <br><br> **STIPULATION AND [PROPOSED] ORDER REQUESTING EXTENSION OF CASE MANAGEMENT AND TRIAL DATES** |

**STIPULATION**

Plaintiff EEOC and Defendant Drain Doctor Plumbing, through their counsel of record, hereby stipulate as follows:

WHEREAS, the parties settled this case at a mediation session on March 4, 2008;

0 - 1

WHEREAS, the parties are in the process of finalizing the language in the Consent Decree and need an additional sixty (60) days in order to effectively settle this matter;

WHEREAS, the parties would like to avoid the expense and inconvenience of concurrently taking depositions or conducting other discovery at the same time the parties are attempting to settle this case in good faith;

WHEREAS, the current Case Management and Trial dates are as follows:

| | |
|---|---|
| Fact Discovery Cutoff | July 11, 2008 |
| Designation of Experts Reports | July 18, 2008 |
| Designation of Rebuttal Experts with Reports | August 1, 2008 |
| Expert Discovery Cutoff | August 11, 2008 |
| Deadline for Filing Discovery Motions | *See* Civil Local Rule 26-2 |
| Last Day for Dispositive Motion Hearing | 10:00 a.m. on September 16, 2008 |
| Final Pretrial Conference | 2:00 p.m. on November 18, 2008 |
| Trial | 9:30 a.m. on December 8, 2008 |

THEREFORE, Plaintiff EEOC and Defendant Drain Doctor Plumbing, through their counsel of record, hereby respectfully request this Court to extend the Case Management and Trial Dates approximately sixty (60) days as follows to allow the parties to finalize the settlement in good faith:

| | |
|---|---|
| Fact Discovery Cutoff | September 12, 2008 |
| Designation of Experts Reports | September 19, 2008 |
| Designation of Rebuttal Experts with Reports | October 3, 2008 |
| Expert Discovery Cutoff | October 14, 2008 |
| Deadline for Filing Discovery Motions | *See* Civil Local Rule 26-2 |
| Last Day for Dispositive Motion Hearing | 10:00 a.m. on November 18, 2008 |
| Final Pretrial Conference | 2:00 p.m. on December 17, 2008 |
| Trial | 9:30 a.m. on March 9, 2009 |

Dated: July 8, 2008      /s/ Sanya P. Hill Maxion
_____   _____
                          Attorney for Plaintiff
                             EQUAL EMPLOYMENT OPPORTUNITY
                                COMMISSION

Dated: July 8, 2008      /s/ Rona P. Layton
_____   _____
                          Attorney for Defendant
                             DRAIN DOCTOR PLUMBING

**ORDER**

Pursuant to the Stipulation above, the Case Management and Trial Dates are to be extended as follows:

| | |
|---|---|
| Fact Discovery Cutoff | September 12, 2008 |
| Designation of Experts Reports | September 19, 2008 |
| Designation of Rebuttal Experts with Reports | October 3, 2008 |
| Expert Discovery Cutoff | October 14, 2008 |
| Deadline for Filing Discovery Motions | *See* Civil Local Rule 26-2 |
| Last Day for Dispositive Motion Hearing | 10:00 a.m. on November 18, 2008 |
| Final Pretrial Conference | 2:00 p.m. on December 17, 2008 |
| Trial | 9:30 a.m. on March 9, 2009 |

IT IS SO ORDERED.

Dated: _____          _____
                                   Honorable Patricia V. Trumbull
                                   UNITED STATES MAGISTRATE JUDGE