```
 1  WILLIAM R. TAMAYO -#084964 (CA)
    JONATHAN T. PECK - #12303 (VA)
 2  SANYA HILL MAXION - #18739 (WA)
    350 The Embarcadero, Suite 500
 3  San Francisco District Office
    San Francisco, California 94105-4000
 4  Telephone: (415) 625-5650
    Facsimile: (415) 625-5657
 5
    RONA P. LAYTON-# 121238 (CA)
 6  SIMS & LAYTON
    84 W. Santa Clara Street, #660
 7  San Jose, CA  95113
    Telephone:  (408) 998-3400
 8  Facsimile:  (408) 297-1104
```

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Case No.: C-07-04086-PVT |
| Plaintiff(s), | **STIPULATION AND [PROPOSED] ORDER REQUESTING EXTENSION OF CASE MANAGEMENT AND TRIAL DATES** AS MODIFIED BY THE COURT |
| vs. | |
| JOHN LIM, d/b/a DRAIN DOCTOR PLUMBING, | |
| Defendant. | |

**STIPULATION**

Plaintiff EEOC and Defendant Drain Doctor Plumbing, through their counsel of record, hereby stipulate as follows:

WHEREAS, the parties settled this case at a mediation session on March 4, 2008;

  WHEREAS, the parties are in the process of finalizing the language in the Consent Decree and need an additional sixty (60) days in order to effectively settle this matter;

  WHEREAS, the parties would like to avoid the expense and inconvenience of concurrently taking depositions or conducting other discovery at the same time the parties are attempting to settle this case in good faith;

  WHEREAS, the current Case Management and Trial dates are as follows:

| | |
|---|---|
| Fact Discovery Cutoff | July 11, 2008 |
| Designation of Experts Reports | July 18, 2008 |
| Designation of Rebuttal Experts with Reports | August 1, 2008 |
| Expert Discovery Cutoff | August 11, 2008 |
| Deadline for Filing Discovery Motions | *See* Civil Local Rule 26-2 |
| Last Day for Dispositive Motion Hearing | 10:00 a.m. on September 16, 2008 |
| Final Pretrial Conference | 2:00 p.m. on November 18, 2008 |
| Trial | 9:30 a.m. on December 8, 2008 |

THEREFORE, Plaintiff EEOC and Defendant Drain Doctor Plumbing, through their counsel of record, hereby respectfully request this Court to extend the Case Management and Trial Dates approximately sixty (60) days as follows to allow the parties to finalize the settlement in good faith:

| | |
|---|---|
| Fact Discovery Cutoff | September 12, 2008 |
| Designation of Experts Reports | September 19, 2008 |
| Designation of Rebuttal Experts with Reports | October 3, 2008 |
| Expert Discovery Cutoff | October 14, 2008 |
| Deadline for Filing Discovery Motions | *See* Civil Local Rule 26-2 |
| Last Day for Dispositive Motion Hearing | 10:00 a.m. on November 18, 2008 |
| Final Pretrial Conference | 2:00 p.m. on December 17, 2008 |
| Trial | 9:30 a.m. on March 9, 2009 |

Dated:  July 8, 2008          /s/ Sanya P. Hill Maxion
       _____        _____
                              Attorney for Plaintiff
                                 EQUAL EMPLOYMENT OPPORTUNITY
                                    COMMISSION

Dated:  July 8, 2008          /s/ Rona P. Layton
       _____        _____
                              Attorney for Defendant
                                 DRAIN DOCTOR PLUMBING

**ORDER**

Pursuant to the Stipulation above, the Case Management and Trial Dates are to be extended as follows:

| | |
|---|---|
| Fact Discovery Cutoff | September 12, 2008 |
| Designation of Experts Reports | September 19, 2008 |
| Designation of Rebuttal Experts with Reports | October 3, 2008 |
| Expert Discovery Cutoff | October 14, 2008 |
| Deadline for Filing Discovery Motions | *See* Civil Local Rule 26-2 |
| Last Day for Dispositive Motion Hearing | 10:00 a.m. on November 18, 2008 |
| Final Pretrial Conference | 2:00 p.m. on December ~~17~~ 16, 2008 |
| Trial | 9:30 a.m. on March 9, 2009 |

IT IS SO ORDERED.

Dated:  7/14/08

*Patricia V. Trumbull* (signature)
Honorable Patricia V. Trumbull
UNITED STATES MAGISTRATE JUDGE