WILLIAM R. TAMAYO -#084964 (CA)
JONATHAN T. PECK - #12303 (VA)
SANYA HILL MAXION - #18739 (WA)
350 The Embarcadero, Suite 500
San Francisco District Office
San Francisco, California 94105-4000
Telephone: (415) 625-5650
Facsimile: (415) 625-5657

RONA P. LAYTON-# 121238 (CA)
SIMS & LAYTON
84 W. Santa Clara Street, #660
San Jose, CA  95113
Telephone:  (408) 998-3400
Facsimile:  (408) 297-1104

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff(s), <br><br> vs. <br><br> JOHN LIM, d/b/a DRAIN DOCTOR PLUMBING, <br><br> Defendant. | Case No.: C-07-04086-PVT <br><br> **SECOND STIPULATION AND [PROPOSED] ORDER REQUESTING EXTENSION OF CASE MANAGEMENT AND TRIAL DATES** |

**STIPULATION**

Plaintiff EEOC and Defendant Drain Doctor Plumbing, through their counsel of record, hereby stipulate as follows:

WHEREAS, the parties settled this case at a mediation session on March 4, 2008;

WHEREAS, the parties are still in the process of finalizing the language in the Consent Decree and need an additional thirty (30) days in order to effectively settle this matter;

WHEREAS, the parties would like to avoid the expense and inconvenience of concurrently taking depositions or conducting other discovery at the same time the parties are attempting to settle this case in good faith;

WHEREAS, the current Case Management and Trial dates are as follows:

| | |
|---|---|
| Fact Discovery Cutoff | September 12, 2008 |
| Designation of Experts Reports | September 19, 2008 |
| Designation of Rebuttal Experts with Reports | October 3, 2008 |
| Expert Discovery Cutoff | October 14, 2008 |
| Deadline for Filing Discovery Motions | *See* Civil Local Rule 26-2 |
| Last Day for Dispositive Motion Hearing | 10:00 a.m. on November 18, 2008 |
| Final Pretrial Conference | 2:00 p.m. on December 17, 2008 |
| Trial | 9:30 a.m. on March 9, 2009 |

1
2
3
4
5
6

      THEREFORE, Plaintiff EEOC and Defendant Drain Doctor Plumbing, through their counsel of record, hereby respectfully request this Court one final extension of the Case Management and Trial Dates approximately sixty (30) days as follows to allow the parties to finalize the settlement in good faith:

| | |
|---|---|
| Fact Discovery Cutoff | October 17, 2008 |
| Designation of Experts Reports | October 24, 2008 |
| Designation of Rebuttal Experts with Reports | November 7, 2008 |
| Expert Discovery Cutoff | November 18, 2008 |
| Deadline for Filing Discovery Motions | *See* Civil Local Rule 26-2 |
| Last Day for Dispositive Motion Hearing | 10:00 a.m. on December 16, 2008 |
| Final Pretrial Conference | 2:00 p.m. on January 14, 2009 |
| Trial | 9:30 a.m. on April 6, 2009 |

Dated: 9/11/08       /s/ Sanya P. Hill Maxion
_____      _____
                                  Attorney for Plaintiff
                                  EQUAL EMPLOYMENT OPPORTUNITY
                                  COMMISSION

Dated: 9/11/08       /s/ Rona P. Layton
_____      _____
                                  Attorney for Defendant
                                  DRAIN DOCTOR PLUMBING

**ORDER**

Pursuant to the Stipulation above, the Case Management and Trial Dates are to be extended as follows:

| | |
|---|---|
| Fact Discovery Cutoff | October 17, 2008 |
| Designation of Experts Reports | October 24, 2008 |
| Designation of Rebuttal Experts with Reports | November 7, 2008 |
| Expert Discovery Cutoff | November 18, 2008 |
| Deadline for Filing Discovery Motions | *See* Civil Local Rule 26-2 |
| Last Day for Dispositive Motion Hearing | 10:00 a.m. on December 16, 2008 |
| Final Pretrial Conference | 2:00 p.m. on January 14, 2009 |
| Trial | 9:30 a.m. on April 6, 2009 |

IT IS SO ORDERED.


Dated: _____      _____
                            Honorable Patricia V. Trumbull
                            UNITED STATES MAGISTRATE JUDGE

O - 4