WILLIAM R. TAMAYO -#084964 (CA)
JONATHAN T. PECK - #12303 (VA)
SANYA HILL MAXION - #18739 (WA)
350 The Embarcadero, Suite 500
San Francisco District Office
San Francisco, California 94105-4000
Telephone: (415) 625-5650
Facsimile: (415) 625-5657

RONA P. LAYTON-# 121238 (CA)
SIMS & LAYTON
84 W. Santa Clara Street, #660
San Jose, CA  95113
Telephone:  (408) 998-3400
Facsimile:  (408) 297-1104

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) Case No.: C-07-04086-PVT |
| | ) |
| | ) **SECOND STIPULATION AND** |
| Plaintiff(s), | ) ~~[PROPOSED]~~ **ORDER REQUESTING** |
| | ) **EXTENSION OF CASE MANAGEMENT** |
| vs. | ) **AND TRIAL DATES** |
| JOHN LIM, d/b/a DRAIN DOCTOR PLUMBING, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

### STIPULATION

Plaintiff EEOC and Defendant Drain Doctor Plumbing, through their counsel of record, hereby stipulate as follows:

WHEREAS, the parties settled this case at a mediation session on March 4, 2008;

WHEREAS, the parties are still in the process of finalizing the language in the Consent Decree and need an additional thirty (30) days in order to effectively settle this matter;

WHEREAS, the parties would like to avoid the expense and inconvenience of concurrently taking depositions or conducting other discovery at the same time the parties are attempting to settle this case in good faith;

WHEREAS, the current Case Management and Trial dates are as follows:

| | |
|---|---|
| Fact Discovery Cutoff | September 12, 2008 |
| Designation of Experts Reports | September 19, 2008 |
| Designation of Rebuttal Experts with Reports | October 3, 2008 |
| Expert Discovery Cutoff | October 14, 2008 |
| Deadline for Filing Discovery Motions | *See* Civil Local Rule 26-2 |
| Last Day for Dispositive Motion Hearing | 10:00 a.m. on November 18, 2008 |
| Final Pretrial Conference | 2:00 p.m. on December 17, 2008 |
| Trial | 9:30 a.m. on March 9, 2009 |

1
2         THEREFORE, Plaintiff EEOC and Defendant Drain Doctor
3    Plumbing, through their counsel of record, hereby
4    respectfully request this Court one final extension of  the
5    Case Management and Trial Dates approximately sixty (30)
6    days as follows to allow the parties to finalize the
     settlement in good faith:

7     Fact Discovery Cutoff                    October 17, 2008

8     Designation of Experts                   October 24, 2008
      Reports
9
      Designation of Rebuttal                  November 7, 2008
10    Experts with Reports

11    Expert Discovery Cutoff                  November 18, 2008

12    Deadline for Filing                      *See* Civil Local
13    Discovery Motions                          Rule 26-2

14    Last Day for Dispositive                 10:00 a.m. on
      Motion Hearing                           December 16, 2008
15
      Final Pretrial Conference                2:00 p.m. on
16                                             January 14, 2009

17    Trial                                    9:30 a.m. on
18                                             April 6, 2009

19
              9/11/08                /s/ Sanya P. Hill Maxion
20   Dated: _____        _____
21                                   Attorney for Plaintiff
                                     EQUAL EMPLOYMENT OPPORTUNITY
22                                   COMMISSION

23            9/11/08                /s/ Rona P. Layton
24   Dated: _____       _____
                                     Attorney for Defendant
25                                   DRAIN DOCTOR PLUMBING

**ORDER**

Pursuant to the Stipulation above, the Case Management and Trial Dates are to be extended as follows:

| | |
|---|---|
| Fact Discovery Cutoff | October 17, 2008 |
| Designation of Experts Reports | October 24, 2008 |
| Designation of Rebuttal Experts with Reports | November 7, 2008 |
| Expert Discovery Cutoff | November 18, 2008 |
| Deadline for Filing Discovery Motions | *See* Civil Local Rule 26-2 |
| Last Day for Dispositive Motion Hearing | 10:00 a.m. on December 16, 2008 |
| Final Pretrial Conference | 2:00 p.m. on January 14, 2009 |
| Trial | 9:30 a.m. on April 6, 2009 |

IT IS SO ORDERED.

Dated:    9/12/08

Honorable Patricia V. Trumbull
UNITED STATES MAGISTRATE JUDGE