WILLIAM R. TAMAYO - #084965 (CA)
JONATHAN T. PECK - # 12303 (VA)
SANYA HILL MAXION - # 18739 (WA)
EQUAL EMPLOYMENT OPPORTUNITY
        COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, California 94105
Telephone:    (415) 625-5650
Facsimile:    (415) 625-5657

Attorneys for Plaintiff

RONA P. LAYTON- #121238 (CA)
SIMS & LAYTON
84 W. Santa Clara St., #660
San Jose, CA 95113
Telephone: (408) 998-3400
Facsimile: (408) 998-3400

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> JOHN H. LIM, d/b/a DRAIN DOCTOR, <br><br> Defendant. | CIVIL ACTION NO. C-07-4086-PVT <br><br> **CONSENT DECREE** |

**CONSENT DECREE**
**CIVIL ACTION N. C-07-4086-PVT**                    1

# I.  INTRODUCTION

On September 29, 2005,  Plaintiff, Equal Employment Opportunity Commission ("EEOC"), filed this action pursuant to Title VII of the Civil Rights Act of 1964 ("Title VII") and Title I of the Civil Rights Act of 1991 against  Defendant John H. Lim, d/b/a Drain Doctor ("Defendant John H. Lim").  Plaintiff alleged that Defendant John H. Lim subjected Maryanne Miranda  to unlawful sex discrimination because of her pregnancy when it terminated her on May 12, 2005.

The EEOC and Defendant want to conclude fully and finally all claims arising out of the above action without the expenditure of further resources and expenses in contested litigation. They enter into this Consent Decree to further the objectives of equal employment opportunity as set forth in Title VII.

## II.  NON-ADMISSION OF LIABILITY

This consent decree is not an adjudication or finding on the merits of this case and shall not be construed as an admission of a violation of Title VII by Defendant.

The Court has reviewed the terms of this Consent Decree in light of the pleadings, the record herein, and the applicable law, and now approves the Consent Decree in its entirety.

Therefore, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

## III.  GENERAL PROVISIONS

1. This Court has jurisdiction over the subject matter and the parties to this action.

2. This Consent Decree constitutes a full resolution of EEOC's complaint in Civil Action No. C-07-4086-PVT and the underlying charge of discrimination filed with the EEOC.

3. This Consent Decree shall become effective upon its entry by the Court.

4. Each party shall bear its own costs and attorney fees.

## IV.  MONETARY RELIEF

1. In settlement of the claims for employment discrimination alleged in the Complaint, Defendant John H. Lim agrees to pay the gross sum of $25,00.00 to Ms. Miranda.

CONSENT DECREE
CIVIL ACTION N. C-07-4086-PVT                              2

1        2.      The settlement amount identified in paragraph one is being paid in complete

2    compromise of all disputed issues arising out of the Complaint filed in this lawsuit, Civil Action

3    No. C-07-4086-PVT, U.S. District Court for the Northern District of California.

4        3.      Payment to Ms. Miranda shall be made in equal monthly installments of

5    $1,000.00 and on the first day of each month thereafter until fully paid (monthly payments have

6    been made since July 1, 2008).   However, notwithstanding full payment of the monetary

7    obligations under and pursuant to this Consent Decree herein, Defendant shall be bound to

8    perform all other terms, covenants and conditions herein, unless terminated by an order of this

9    court or pursuant to the terms of this Consent Decree herein.

10       4.      Should Defendant John H. Lim  fail to make a required payment by the 10th of any

11   month that said payments are due, the EEOC shall give Defendant John H. Lim and counsel for

12   Defendant John H. Lim, Rona P. Layton, written notice of the alleged default by certified mail,

13   and thereafter Defendant John H. Lim shall have ten days within which to cure the alleged

14   default.  In the event Defendant John H. Lim then makes payment of the amount in default within

15   ten days after it receives notice of the alleged default by certified mail, the payment schedule

16   shall remain in effect.  In the event, however, that Defendant John H. Lim fails to make any

17   payment EEOC within the aforesaid ten days, EEOC shall have the option without further notice

18   to accelerate all of the remaining installments, declare all of them due and payable and may move

19   this court for entry of judgment for the entire unpaid balance of the indebtedness herein under the

20   provisions of California Code of Civil Procedure Section 664.5 and proceed on an ex parte basis

21   for entry of judgment therein.  Defendant hereby executes a stipulation for entry of judgment, a

22   copy of which is attached hereto, marked Exhibit "A" and incorporated herein.  Defendant,

23   preserving all rights to be notified of an ex parte hearing, waives and excuses Plaintiff from

24   compliance with local rules of this court, or the Federal Rules of Civil Procedure in seeking

25   judgment, based on the executed stipulation herein.  Defendant waives his right to a trial on a

26   matter of disputed law or fact, or any right to have a jury or judge hear and consider his case, and

27

28   **CONSENT DECREE**
     **CIVIL ACTION N. C-07-4086-PVT**                          3

1    stipulates that a Magistrate Judge of this court may enter judgment upon the filing of the

2    Stipulations herein. Defendant waives any right to seek a reinstatement of the payment program

3    if the Defendant defaults herein and fails to cure within the time allowed under this Consent

4    Decree. Defendant waives any right to appeal or collaterally attack this Consent Decree and

5    acknowledges that this Consent Decree resolves all claims by and among the parties.

6        5.    Defendant does hereby grant a security interest in and to those certain items of

7    personal property described herein as follows: 2003 Spartan Trailer Model 758; 2004 Toyota

8    Pickup Truck, License Plate #4JC-5145; 2007 Trailer, License Plate #4JC5145, by way of the

9    execution as requested by Plaintiff herein, of various transfer documents mandated by the

10   California Department of Vehicles, or similar agency herein. The security interest shall be first

11   and senior to any other claim thereunder, in granting all rights to and in favor of Plaintiff, under

12   Division 9 of the California Commercial Code, which includes but is not limited to, the right to

13   foreclose in the event of default thereunder.

14       6.    Defendants, and each of the same, shall keep and maintain all payments, and each

15   of the same, current under and pursuant to the terms of the agreement. In the event of default

16   which is not cured within ten days after Defendant receives notice of the alleged default by

17   certified mail, as described in Section 4 of this Article IV, Plaintiff shall have the right to

18   accelerate all of the remaining installments and each of the same, declare all of the same due and

19   payable, and proceed to enforce any and all remedies as permitted under law, which may include

20   levy and execution upon the assets, and each of the same, of the Judgment Debtors herein, and

21   moreover, foreclosure upon any item of collateral, consistent with Division 9 of the California

22   Commercial Code. Defendant shall be obligated to deliver the collateral to a place of choosing,

23   in writing, as demanded by Plaintiff, shall keep and maintain the collateral in good condition

24   thereunder, shall keep the collateral insured up to its fair market value thereunder, shall avoid

25   encumbering the property with any and all other junior liens and encumbrances, shall keep the

26   property safe and secure, and shall avoid taking any action which would damage, injure or harm

27

28   CONSENT DECREE
     CIVIL ACTION N. C-07-4086-PVT                    4

1    the collateral, or any part therein. To the extent that the collateral is in any auto accident,

2    casualty, calamity, or other disaster, and to the extent of any insurance proceeds, that the

3    insurance proceeds shall be paid over to the Plaintiff herein, and if received, shall be applied on

4    account of the outstanding indebtedness, or any part thereof. Defendants shall not move the

5    collateral to any place outside the State of California, and shall use the collateral in the ordinary

6    course of business of the Defendants herein, or in any other manner consistent with its regular

7    use thereunder.

8         7.     Defendant shall keep and maintain liability insurance the amount of not less than

9    $100,000/$300,000 as issued by admitted automobile insurer under the laws of the State of

10   California.

11        8.     Defendant represents that they are the owner of the collateral and know of no

12   other competing claim, interest, lien or encumbrance therein.

13        9.     Defendant shall hold Plaintiff harmless of any loss or liability, damage or claim

14   arising out the use, possession, custody, control, title or ownership of the collateral and provide

15   independent counsel for on behalf of Plaintiff in the event that any action be taken or threatened

16   therein. Defendant shall covenant, warrant, promise and represent that the Defendant will not

17   engage in any acts, conduct or activities which would cause or create liability and will refrain

18   from any act causing personal injury or property damages herein.

19        10.    If the $25,000 (Twenty five thousand) settlement is not fully paid

20   by December 31, 2008, then Defendant John H. Lim shall pay 6% simple interest at the rate of

21   .5%per month on the remaining balance until fully paid.

22        11.    There will be no prepayment penalty should Defendant pay the entire amount due

23   at any time.

24        12.    The monetary relief shall be issued in checks drafted to Maryanne Miranda and

25   mailed to Maryanne Miranda. Defendant John H. Lim shall make all payments called for herein

26   in the form of a business check, cashier's check, or certified check. Defendant John H. Lim will

27

28   CONSENT DECREE
     CIVIL ACTION N. C-07-4086-PVT                           5

also issue an IRS Form 1099 for the checks pursuant to this paragraph.

13.     Defendant John H. Lim will mail copies of each payment to Sanya Hill Maxion, Senior Trial Attorney, for the EEOC at 350 The Embarcadero, Suite 500, San Francisco, CA 94105 within ten (10) days of mailing the check to Ms. Miranda.  Defendant John H. Lim shall also mail to Sanya Hill Maxion a copy of the IRS Form 1099 in accordance with Federal law.

## V. NON-MONETARY RELIEF

1.     *Sex (Pregnancy)  Discrimination*: Defendant John H. Lim and its successors and assigns are enjoined from discriminating on the basis of sex and pregnancy.

2.     *Retaliation*: Defendant John H. Lim and its successors and assigns are enjoined from engaging, implementing or permitting any action, policy or practice with the purpose of retaliating against any current or former employee of Defendant because he or she opposed any practice of sex (pregnancy) discrimination made unlawful under Title VII; filed a charge of discrimination alleging any such practice; testified or participated in any manner in any investigation (including, without limitation, any internal investigation undertaken by Defendant), proceeding or hearing in connection with this case and/or relating to any claim of sex discrimination or pregnancy discrimination or identified as a possible witness in this action.

3.     *Sex (Pregnancy) Discrimination Policy*: Within ninety (90) days of this decree, Defendant John H. Lim agrees to adopt and implement an anti-discrimination policy which: (i) includes definitions of pregnancy discrimination and sex discrimination and provides examples to supplement the definitions of pregnancy discrimination and sex discrimination and provides examples to supplement the definitions, and (ii) includes strong non-retaliation language; (iii) provides that complaints of pregnancy discrimination and sex discrimination and/or retaliation will be accepted by Defendant John H. Lim both in writing and orally.

Defendant John H. Lim will distribute the policy to all current employees, whether temporary or permanent, upon finalization of the policy.  Thereafter, Defendant John H. Lim will distribute a copy of the policy to all newly hired employees, whether hired into temporary or

CONSENT DECREE
CIVIL ACTION N. C-07-4086-PVT                    6

1 │ permanent positions, at the time of hire.

2 │     4.   *Anti-Discrimination Training*

3 │     (i)   Defendant John H. Lim or counsel for Defendant John H. Lim, P. Sophie

4 │ Mai, will develop and present to all of its employees, supervisors and managers, including

5 │ Vivian Cabebe, mandatory training, the cost of which shall be borne by Defendant John H. Lim.

6 │ The training will take place within one year after entry of this Consent Decree.

7 │     (ii)   The training described in the preceding paragraph shall be provided by

8 │ experienced employment discrimination educators or by Defendant's attorney and shall inform

9 │ the employees about the issues of sex discrimination and pregnancy discrimination in the

10 │ workplace. The training will include examples and behavior that will not be tolerated at

11 │ Defendant John H. Lim. The training will further inform each participant that he or she is

12 │ responsible for knowing and complying with the contents of Defendant John H. Lim's anti-

13 │ discrimination policy.

14 │     (iii)   Defendant John H. Lim shall provide to the EEOC thirty (30) days

15 │ in advance of the training the course syllabus.

16 │     Defendant John H. Lim will retain records of the training session, listing the dates on

17 │ which it held the training and identifying the persons who attended and those who did not attend.

18 │

19 │ **VI. REPORTING**

20 │     1.   Six months after entry of the decree and every six months thereafter, Defendant

21 │ John H. Lim will submit reports to the Commission summarizing any requests for pregnancy

22 │ accommodation or complaints of pregnancy discrimination received by Defendant John H. Lim

23 │ during the preceding six-month period. The reports will include the identities of the

24 │ complainant(s) and the alleged discriminating employees or managers and a summary of action

25 │ taken in response to the request or complaint.

26 │     2.   Within forty-five (45) days after entry of the Consent Decree, Defendant John H.

27 │

28 │ CONSENT DECREE
   CIVIL ACTION N. C-07-4086-PVT        7

Lim will send to the EEOC a copy of the documents reflecting the policies, procedures and practices which it has modified in accordance with Section V above.

3.      Within thirty (30) days after completion of the training described in Section V above, Defendant John H. Lim will send to the Commission appropriate verification of its completion of training for its employees and the training materials.

4.      Defendant John H. Lim shall submit a final report to the EEOC thirty (30) days before the Consent Decree expires containing a statement verifying its compliance with the terms of the Consent Decree.

5.      Maryanne Miranda's employment record shall reflect a voluntary resignation. Regarding any inquiries from prospective employers to Defendant John H. Lim, Defendant John H. Lim shall only tell the prospective employers the dates of Ms. Miranda's employment and her wages.  Said contact person shall make no reference to the underlying charge in this action or this lawsuit, or its resolution.

**6.**      Defendant John H. Lim shall post a copy of an anti-discrimination notice in a clearly visible location frequented by employees for 30 days following the lodging of this Decree with the Court.

## VII. RETENTION OR JURISDICTION AND EXPIRATION OF CONSENT DECREE

1.      This Consent Decree shall terminate within three (3) years from the date of entry by the court, unless the EEOC petitions this court for an extension of the Decree because of noncompliance by Defendant John H. Lim.  If the EEOC determines that Defendant John H. Lim has not complied with the Consent Decree, the EEOC will provide written notification of the alleged breach to Defendant John H. Lim and will not petition the court for enforcement sooner than thirty (30) days after providing written notification.  The thirty-day period following written notice shall be used by the parties for good faith efforts to resolve the issue.  If the EEOC petitions the court and the court finds Defendant John H. Lim to be in substantial violation of the terms of

CONSENT DECREE
CIVIL ACTION N. C-07-4086-PVT                                    8

1  the Decree, the court may extend this Consent Decree and issue such orders as may be required to

2  effectuate its purpose.

3       2.    This Court shall retain jurisdiction over this action for the purposes of enforcing

4  the provisions of this Consent Decree.

5       3.    This Consent Decree shall be entered by this court as an adjudication of the rights and

6  liabilities of the parties herein in which the Defendant shall have continuing obligations and each

7  of them as set forth.  The United States District Court for the Northern District of California shall

8  keep and retaining continuing jurisdiction for all purposes herein, which may include, but not

9  limited to, the issuance of any other and further relief, such as an injunction, decree or order; the

10 issuance of any order providing for monetary relief; the issuance of any writ of execution, abstract

11 of judgment, personal property lien or other process permitted under F.R.C.P. Rule 69(a) etc. or

12 other under the equitable powers of this court to oversee compliance with this Consent Decree.

13      4.    Plaintiff shall not be obligated to pursue any right or remedy and may decline to

14 pursue such right or remedy in its discretion and without judicial review or supervision and the

15 failure or refusal to proceed with one or more rights or remedies shall not be deemed a waiver to

16 pursue those rights or remedies at any other time or under any other circumstances herein, or any

17 other right or remedy.  Plaintiff may accept any performance tendered by the Defendant which is

18 not conforming under the terms thereof without a waiver of demanding full and timely

19 performance or declaring a default, without notice or grace, in the event of such a failure to fully

20 comply under the terms and conditions herein.

21      Defendant stipulates notwithstanding that the Defendant might leave the jurisdiction of

22 this District herein that the Defendant stipulates that all matters arising out of, based on, and

23 predicated upon compliance with this Consent Decree shall be determined by the United States

24 District for the Northern District of California, save and except Plaintiff may seek to docket the

25 Consent Decree or any monetary or other relief entered thereby in any other District herein under

26 28 U.S.C. § 1963 or otherwise as allowed by law without any waiver of the jurisdiction of this

27

28 CONSENT DECREE
   CIVIL ACTION N. C-07-4086-PVT          9

1  court herein.

2

3

4  On behalf of Plaintiff:

5

6  DATE: _____          _____
                                  WILLIAM R. TAMAYO
7                                 Regional Attorney

8
                                  _____
9  DATE: _____          JONATHAN T. PECK
                                  Supervisory Trial Attorney
10

11
                                  _____
12  DATE: _____          SANYA HILL MAXION
                                  Senior Trial Attorney
13

14                                U.S. EQUAL EMPLOYMENT OPPORTUNITY
                                  COMMISSION
15

16

17      On behalf of the DEFENDANT:

18
                                  _____
19  DATE: _____          RONA P. LAYTON

20

21  **IT IS SO ORDERED:**

22

23  DATE: _2/11/09_____          _____
                                  HONORABLE PATRICIA V. TRUMBULL
24

25

26

27  CONSENT DECREE
    CIVIL ACTION N. C-07-4086-PVT
28                                        10

# EXHIBIT A

***SECURITY AGREEMENT***

*EEOC v. Lim (Drain Doctor)*

*Case No. 07-CV-4086 PVT*

Defendant JOHN H. LIM, dba DRAIN DOCTOR hereby warrants, covenants, represents, and agrees to perform the following:

Defendant hereby grants a perfected security interest to and on behalf of the EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ("EEOC") in and to that certain 2003 Spartan Trailer, Model 758, and that certain 2004 Toyota pickup truck, License Plate #4JC-5145, by way of the execution of that certain application for title or registration transfer, a copy of which is attached hereto marked ***Exhibit "A"*** and incorporated by reference, consisting of the backside of the certificate of title.

Defendant shall complete and sign paragraph 1.a., and moreover, complete 3a. through 9b. Plaintiff shall complete paragraph 11 through 13.

Defendant shall make, execute, complete and sign, to make Plaintiff the legal owner of the Trailer by executing and completing ***Exhibits "B" and "C,"*** copies of which are attached hereto and incorporated by reference as though fully set forth herein in its entirety.

The security interest shall be first and senior to any other claimant herein, in granting all rights in favor of Plaintiff under Division 9 of the California Commercial Code, which includes but is not limited to, the right to foreclose in the event of a default herein.

Defendant shall keep and maintain all payments, and each of the same, under and pursuant to the terms of the agreement. In the event of default which is not cured within ten days after Defendant receives notice of the alleged default by certified mail, as is described in Section 4 of Article IV of the Consent Decree in this matter, Plaintiff shall have the right to accelerate all of the remaining installments, and each of the same, declare all of the same due and payable, and proceed to enforce any and all remedies as permitted under law, which may include levy and execution upon the assets, and each of the same, of the Judgment Debtor herein, and moreover, foreclosure upon any item of collateral, consistent with Division 9 of the California Commercial Code. Defendant shall be obligated to deliver the collateral to a place of choosing, in writing, as

1  demanded by Plaintiff, shall keep and maintain the collateral in good condition thereunder, shall

2  keep the collateral insured up to its fair market value thereunder, shall avoid encumbering the

3  real property with any and all other junior liens and encumbrances, shall keep the property safe

4  and secure, and shall avoid taking any action which would damage, injure or harm the collateral,

5  or any part therein. To the extent that the collateral is in any auto accident, casualty, calamity, or

6  other disaster, and to the extent of any insurance proceeds, that the insurance proceeds shall be

7  paid over to the Plaintiff herein, and if received, shall be applied on account of the outstanding

8  indebtedness, or any part thereof.  Defendant shall not move the collateral to any place outside

9  the State of California, and shall use the collateral in the ordinary course of business of the

10  Defendant herein, or in any other manner consistent with its regular use thereunder.

11       Defendant represents that he is the owner of the collateral and know of no other

12  competing claim, interest, lien or encumbrance therein.

13  DATED: _11/27/2009_                    EQUAL EMPLOYMENT OPPORTUNITY
14                                         COMMISSION ("EEOC")

15                                         By: _Sanya P. Hill Maxion_
16                                         Name: _Sanya P. Hill Maxion_
                                           Title: _Senior Trial Attorney_
17

18  DATED: _01 / 13 / 2009_
19                                         JOHN H. LIM, dba DRAIN DOCTOR

20
    C:\Documents and Settings\Peggy John\Local Settings\Temporary Internet Files\OLK1CB\lim.agr2
21

22

23

24

25

26

27

28

# EXHIBIT A

5TENL42N64Z440680          2004 TOYT          7P09077

# STATE OF CALIFORNIA

## CERTIFICATE OF TITLE

VEHICLE HISTORY

V600709279F

COMMERCIAL

| VEHICLE ID NUMBER | | YR MODEL | MAKE | PLATE NUMBER |
|---|---|---|---|---|
| 5TENL42N64Z440680 | | 2004 | TOYT | 7P09077 |

| BODY TYPE MODEL | A1 | UNLADEN WEIGHT | FUEL | TRANSFER DATE | FEES PAID | REGISTRATION EXPIRATION DATE |
|---|---|---|---|---|---|---|
| PK | 2 | 02757 | G | 07/31/07 | $30 | 08/31/2008 |

| | YR 1ST SOLD | CLASS | *YR | MO | EQUIPMT/TRUST NUMBER | ISSUE DATE |
|---|---|---|---|---|---|---|
| | 2004 | DD | | NX | | 10/06/07 |

| MOTORCYCLE ENGINE NUMBER | ODOMETER DATE | ODOMETER READING |
|---|---|---|
| | 07/31/2007 | 35973 MI |
| | ACTUAL MILEAGE | |

REGISTERED OWNER/S-

DRAIN DOCTOR
480 ALDO AVE
SANTA CLARA CA 95054

-----

I certify under penalty of perjury under the laws of the State of California, that **THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE.**

1a. _____ X _____ • SIGNATURE OF REGISTERED OWNER
   DATE

1b. _____ X _____ • SIGNATURE OF REGISTERED OWNER
   DATE

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads |___|___|___|.|___|___|___| (no tenths), miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked.

**WARNING** ☐ Odometer reading is not the actual mileage.    ☐ Mileage exceeds the odometer mechanical limits.

*I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

| DATE | TRANSFEROR/SELLER SIGNATURE/S | DATE | TRANSFEREE/BUYER SIGNATURE/S |
|---|---|---|---|
| | X | | X |
| PRINTED NAME OF AGENT SIGNING FOR A COMPANY | | PRINTED NAME OF AGENT SIGNING FOR A COMPANY | |

## *IMPORTANT READ CAREFULLY*

Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

LIENHOLDER/S:

2. X
   Signature releases interest in vehicle (Company names must be countersigned)
   Release Date •

CA106595727

016320        REG. 17,30RS (REV 10/03)

This form is provided for use in reporting the sale or transfer of a vehicle and does not constitute application for transfer of ownership (title). **This form is to be used ONLY for the vehicle described on the attached title.**

When this form is properly completed and the information is recorded by DMV (see WARNING below), liability for parking and/or traffic violations and civil litigation resulting from operation after the date of sale becomes the responsibility of the subsequent purchaser(s).

**WARNING:** If you provide incomplete, inaccurate or unclear information, the information shall not be updated or retained.

TO REMOVE YOUR NAME FROM DMV'S RECORDS, THE NEW OWNER MUST APPLY FOR TRANSFER USING THE ENDORSED CERTIFICATE OF OWNERSHIP (TITLE) RECEIVED FROM YOU.

(B) Print new owner's address.
(C) Enter odometer reading at the time of sale (motor vehicles only)
(D) Print new owner's city, state, and ZIP code.
(E) Enter date you sold or transferred the described vehicle
(F) Print your name.
(G) Enter selling price (in whole dollars-no cents). If vehicle is a gift, enter "0"
(H) Print your address.
(I) Sign your name where designated
(J) Print your city, state and ZIP code

MAIL COMPLETED NOTICE TO: DEPARTMENT OF MOTOR VEHICLES, P.O. BOX 942859, SACRAMENTO, CA 94259-0001.

REG 138A (REV.10/2004)

## APPLICATION FOR TRANSFER BY NEW OWNER   (Please print or type.)

Any change of registered owner or lienholder must be recorded with the Department of Motor Vehicles (DMV) within ten (10) days. The title, transfer fee and in most instances, use tax and a smog certificate must be presented to DMV to record the ownership change.

TRUE FULL NAME(S) OF NEW REGISTERED OWNER(S) (LAST, FIRST, MIDDLE) AS IT APPEARS ON OWNER'S LICENSE OR I.D. CARD

LIM JOHN HYOUNG

STREET ADDRESS OR P.O. BOX NUMBER: 480 ALDO AVE

CITY: SANTA CLARA  STATE: CA  ZIP CODE: 95054

New registered owner signature / DATE: 12/22/08

CALIFORNIA DRIVER LICENSE OR I.D. CARD NO: C124 K87 198

NAME OF LIENHOLDER: US EQUALITY ONE 1D REF #C10

STREET ADDRESS: 3501 FAIRCADESA FT H500

CITY: SAN FRANCISCO  STATE: CA

### TITLE REASSIGNMENTS BY LICENSED CALIFORNIA DEALERS

FEDERAL LAW REQUIRES that you state the mileage upon transfer of ownership. Failure to complete or making a false statement may result in fines and/or imprisonment.

# EXHIBIT B



**STATE OF CALIFORNIA**
**DMV**
**A Public Service Agency**

# APPLICATION FOR
# TITLE OR REGISTRATION

| DMV USE ONLY |
|---|
| O/S DL #/STATE |
| TECH INITIALS |

| VEHICLE/HULL IDENTIFICATION NUMBER | MAKE OF VEHICLE OR VESSEL BUILDER |
|---|---|
| 1 H 9 S J B J 1 8 3 M 1 1 8 1 7 9 | SPARTAN (MODEL #758) |

## 1. OWNER INFORMATION (Please print true full name or lessor/business name)

| LAST NAME OR LESSOR OR BUSINESS NAME | FIRST NAME | MIDDLE NAME | CALIFORNIA DRIVER LICENSE OR ID NUMBER |
|---|---|---|---|
| ☐ AND ☐ OR   DRAIN DOCTOR | | | |
| LAST NAME, OR LESSEE | FIRST NAME | MIDDLE NAME | CALIFORNIA DRIVER LICENSE OR ID NUMBER |
| ☐ AND ☐ OR | | | |
| LAST NAME, OR LESSEE | FIRST NAME | MIDDLE NAME | CALIFORNIA DRIVER LICENSE OR ID NUMBER |

| RESIDENCE OR BUSINESS ADDRESS (Include St., Ave., etc.) | APT./SPACE NO. | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| ~~1775 WINCHESTER BLVD~~ 480 ALDO AVE | | ~~CAMPBELL~~ SANTA CLARA | ~~CA~~ | ~~95008~~ 95054 |
| MAILING ADDRESS (If Different From Above) | APT./SPACE NO. | CITY | STATE | ZIP CODE |
| LESSEE ADDRESS (If Different From Above) | APT./SPACE NO. | CITY | STATE | ZIP CODE |
| TRAILER COACH ONLY – ADDRESS WHERE TRAILER IS LOCATED (If Different From Above) | | CITY | STATE | ZIP CODE |

## 2. TITLE HOLDER INFORMATION (Do NOT reenter owner's name) If "NONE," so print

| NAME OF BANK/FINANCE COMPANY OR INDIVIDUAL | ELECTRONIC TITLE NUMBER |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | |

| BUSINESS OR RESIDENCE ADDRESS | APT./SPACE NO. | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 350  EMBARCADERO STREET | 500 | SAN FRANCISCO | CA | 94105 |
| MAILING ADDRESS (If Different From Above ) | APT./SPACE NO. | CITY | STATE | ZIP CODE |
| SAME | | | | |

## 3. COST AND OPERATION INFORMATION (Purchase price does not include sales tax, insurance, finance charges, or warranty.)

**MILES/KILOMETERS:**   If new owner, enter miles at date of purchase and check here.................. ☐
   If no change of ownership, enter miles as of this date and check here....... ☐

| | | | |
|---|---|---|---|
| \| \| \| ,\| \| \| . \|/10 (no tenths) ☐ Miles ☐ Kilo. | ☐ is the actual mileage | ☐ is not the actual mileage | ☐ mileage exceeds the odometer mechanical limit |

| DATE VEHICLE ENTERED OR WAS FIRST OPERATED IN CALIFORNIA | DATE YOU WENT TO WORK IN CALIFORNIA OR BECAME A RESIDENT (WHICHEVER OCCURRED FIRST) |
|---|---|
| Mo. _____ Day _____ Yr. _____ | Mo. _____ Day _____ Yr. _____ |

| VEHICLE WAS PURCHASED OR ACQUIRED ON: | AND WAS (CHECK ONE BOX): | YEAR MODEL | VEHICLE WAS PURCHASED OR ACQUIRED FROM: |
|---|---|---|---|
| Mo. _____ Day _____ Yr. _____ | ☐ New ☐ Used | | ☐ Dealer ☐ Family Member ☐ Private Party |

MUST CHECK *ONE* BOX ONLY, AND ENTER REQUIRED INFORMATION FOR *THAT* ONE BOX:

☐ **I purchased** this vehicle for the price of $ _____

☐ I acquired this vehicle as a **gift or trade**. Its value **when I acquired it** was $ _____.

☐ I acquired this vehicle as a **gift or trade**. Its **current** market value is $ _____ (Requires completed Statement of Facts [REG 256].)

A. Will this vehicle be used to carry people for hire (taxi, bus, etc.)?............................................... ☐ Yes ☑ No

B. When you acquired this vehicle were you on active duty in the U.S. Armed Forces?.......................... ☐ Yes ☑ No

   If yes, print name of state or country where stationed: _____

C. Is this a commercial motor vehicle that operates at 10,001 lbs. or more (pickups excluded)?................ ☐ Yes ☑ No
   If yes, a Declaration of Gross Vehicle Weight/Combined Gross Vehicle Weight Form (REG 4008) must be completed.
   If yes, a Motor Carrier Permit may be required. Call (916) 657-8153 for further information.

D. Was sales tax paid to another state? ☐ Yes ☐ No  If yes, enter amount paid: $ _____
   If your car was last registered in another state, you may be eligible for a use tax exemption. For further information please contact the Board of Equalization or visit www.boe.ca.gov.

## 4. OWNER(S) SIGNATURE(S)

The registered owner mailing address is valid, existing, and an accurate mailing address. I consent to receive service of process at this mailing address pursuant to VC §1808.21.

*I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

| OWNER'S SIGNATURE | DATE | DAYTIME TELEPHONE NUMBER |
|---|---|---|
| X | 1/22/09 | (408) 378-4362 |
| OWNER'S SIGNATURE | DATE | DAYTIME TELEPHONE NUMBER |
| X | | ( ) |

REG 343 (REV. 8/2008) REG 343/REG 31 COMBINED WWW

# EXHIBIT C



STATE OF CALIFORNIA
**DMV**
DEPARTMENT OF MOTOR VEHICLES
*A Public Service Agency*

# APPLICATION FOR
# TITLE OR REGISTRATION

| DMV USE ONLY |
|---|
| O/S DL #/STATE |
| TECH INITIALS |

VEHICLE/HULL IDENTIFICATION NUMBER | MAKE OF VEHICLE OR VESSEL BUILDER

4 Y M C L 1 2 1 4 7 T 0 6 7 6 5 7

## 1.  OWNER INFORMATION (Please print true full name or lessor/business name)

| LAST NAME OR LESSOR OR BUSINESS NAME | FIRST NAME | MIDDLE NAME | CALIFORNIA DRIVER LICENSE OR ID NUMBER |
|---|---|---|---|
| ☐ AND ☐ OR  DRAIN DOCTOR | | | |
| LAST NAME, OR LESSEE | FIRST NAME | MIDDLE NAME | CALIFORNIA DRIVER LICENSE OR ID NUMBER |
| ☐ AND ☐ OR | | | |
| LAST NAME, OR LESSEE | FIRST NAME | MIDDLE NAME | CALIFORNIA DRIVER LICENSE OR ID NUMBER |

| RESIDENCE OR BUSINESS ADDRESS (Include St., Ave., etc.) | APT./SPACE NO. | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 480 ALDO AVE. | | SANTA CLARA | CA | 95054 |
| MAILING ADDRESS (If Different From Above) | APT./SPACE NO. | CITY | STATE | ZIP CODE |
| | | | | |
| LESSEE ADDRESS (If Different From Above) | APT./SPACE NO. | CITY | STATE | ZIP CODE |
| | | | | |
| TRAILER COACH ONLY – ADDRESS WHERE TRAILER IS LOCATED (If Different From Above) | | CITY | STATE | ZIP CODE |

## 2.  TITLE HOLDER INFORMATION (Do NOT reenter owner's name) If "NONE," so print

| NAME OF BANK/FINANCE COMPANY OR INDIVIDUAL | ELECTRONIC TITLE NUMBER |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | |

| BUSINESS OR RESIDENCE ADDRESS | APT./SPACE NO. | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 350  EMBARCADERO STREET | 500 | SAN FRANCISCO | CA | 94105 |
| MAILING ADDRESS (If Different From Above) | APT./SPACE NO. | CITY | STATE | ZIP CODE |
| SAME | | | | |

## 3.  COST AND OPERATION INFORMATION (Purchase price does not include sales tax, insurance, finance charges, or warranty.)

**MILES/KILOMETERS:**  If new owner, enter miles at date of purchase and check here................. ☐
If no change of ownership, enter miles as of this date and check here....... ☐

| | | | | | |
|---|---|---|---|---|---|
| | (no tenths) ☐ Miles ☐ Kilo. | ☐ is the actual mileage | ☐ is not the actual mileage | ☐ mileage exceeds the odometer mechanical limit |

DATE VEHICLE ENTERED OR WAS FIRST OPERATED IN CALIFORNIA

Mo. _____  Day _____  Yr. _____

DATE YOU WENT TO WORK IN CALIFORNIA OR BECAME A RESIDENT (WHICHEVER OCCURRED FIRST)

Mo. _____  Day _____  Yr. _____

| VEHICLE WAS PURCHASED OR ACQUIRED ON: | AND WAS (CHECK ONE BOX): | YEAR MODEL | VEHICLE WAS PURCHASED OR ACQUIRED FROM: |
|---|---|---|---|
| Mo. _____ Day _____ Yr. _____ | ☐ New  ☐ Used | | ☐ Dealer  ☐ Family Member  ☐ Private Party |

MUST CHECK ONE BOX ONLY, AND ENTER REQUIRED INFORMATION FOR *THAT* ONE BOX:

☐  I **purchased** this vehicle for the price of $ _____
☐  I acquired this vehicle as a **gift or trade**. Its value **when I acquired it** was $ _____
☐  I acquired this vehicle as a **gift or trade**. Its **current** market value is $ _____. (Requires completed Statement of Facts (REG 256).)

A.  Will this vehicle be used to carry people for hire (taxi, bus, etc.)?.................................................... ☐Yes ☑No
B.  When you acquired this vehicle were you on active duty in the U.S. Armed Forces?......................... ☐Yes ☑No
If yes, print name of state or country where stationed: _____
C.  Is this a commercial motor vehicle that operates at 10,001 lbs. or more (pickups excluded)?................ ☐Yes ☑No
If yes, a Declaration of Gross Vehicle Weight/Combined Gross Vehicle Weight Form (REG 4008) must be completed.
If yes, a Motor Carrier Permit may be required. Call (916) 657-8153 for further information.
D.  Was sales tax paid to another state? ☐Yes ☐No  If yes, enter amount paid: $ _____
If your car was last registered in another state, you may be eligible for a use tax exemption. For further information please contact the Board of Equalization or visit www.boe.ca.gov.

## 4.  OWNER(S) SIGNATURE(S)

The registered owner mailing address is valid, existing, and an accurate mailing address. I consent to receive service of process at this mailing address pursuant to VC §1808.21.

*I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

| OWNER'S SIGNATURE | DATE | DAYTIME TELEPHONE NUMBER |
|---|---|---|
| X | 12/22/08 | (408) 318-4362 |
| OWNER'S SIGNATURE | DATE | DAYTIME TELEPHONE NUMBER |
| X | | ( ) |

REG 343 (REV. 8/2008) REG 343/REG 31 COMBINED WWW